CITY OF DEER LODGE, Appellant, v. COMMONWEALTH PUBLIC SERVICE CO. OF MONTANA, Appellee.

No. 7450.

Circuit Court of Appeals, Ninth Circuit.
Nov. 13, 1934.

S. P. Wilson, of Deer Lodge, Mont., and John A. Stagg, of Anaconda, Mont., for appellant.

Gunn, Rasch, Hall & Gunn, of Helena, Mont., and K. W. McPherson, of Spokane, Wash., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.